**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>S<small>E</small> H<small>OON</small> S<small>EO</small><br><br>Debtor | Chapter 13<br><br>Case No. 19-11644-BFK |

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

> **Pursuant to 11 U.S.C. §1307(c)(6)** - Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements. Debtor's most recent Plan payment was not honored by the bank on which it was drawn.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Se Hoon Seo, Case #19-11644-BFK

***Attend the hearing to be held on July 16, 2020 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

>Thomas P. Gorman
>300 North Washington Street, Ste. 400
>Alexandria, VA 22314
>
>Clerk of the Court
>United States Bankruptcy Court
>200 South Washington Street
>Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __June 19, 2020_____     __/s/ Thomas P. Gorman_____
>Thomas P. Gorman
>Chapter 13 Trustee
>300 N. Washington Street, #400
>Alexandria, VA 22314
>(703) 836-2226
>VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 19th day of June, 2020, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Se Hoon Seo | John C. Morgan, Jr., Esquire |
| Chapter 13 Debtor | Attorney for Debtor |
| 5603 Swift Creek Ct. | New Day Legal, PLLC |
| Haymarket, VA 20169 | 98 Alexandria Pike, Ste. 10 |
| | Warrenton, VA 20186 |
| | ___/s/ Thomas P. Gorman_____ |
| | Thomas P. Gorman |

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 06/19/2020

CASE NO: 19-11644-BFK
STATUS: ACTIVE

DEBTOR: XXX-XX-7345
SEO, SE HOON
AKA:

DATE FILED: 05/17/2019
CONFIRMED: 03/05/2020
LATEST 341: 06/25/2019
PERCENTAGE: 100.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 06/2019
ON SCHEDULE:    13,527.00
ACTUAL PAYMENTS:   9,697.00
AMOUNT BEHIND:     3,830.00

5603 SWIFT CREEK CT.
HAYMARKET, VA 20169

ATTORNEY: JOHN C. MORGAN, JR., ESQUIRE
NEW DAY LEGAL, PLLC
98 ALEXANDRIA PIKE, STE. 10
WARRENTON, VA 20186
Phone: 540 349-3232  Fax: 888 612-0943

SCHEDULE:    1,915.00 MONTHLY
TOTAL PAID:           9,697.00

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 06/16/20 | RETURNED FUNDS | (1,915.00) NSF |
| 06/11/20 | BILL PAYER | 1,915.00 |
| 03/11/20 | BILL PAYER | 1,915.00 |
| 02/10/20 | BILL PAYER | 1,915.00 |
| 02/10/20 | BILL PAYER | 1,915.00 |
| 12/30/19 | BILL PAYER | 596.00 |
| 12/02/19 | BILL PAYER | 596.00 |
| 11/04/19 | BILL PAYER | 596.00 |
| 09/03/19 | PC | 596.00 |
| 09/03/19 | PC | 596.00 |
| 07/05/19 | PC | 972.00 |

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED / TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 346438 | RUSHMORE LOAN MANAGEMENT SERV | FIX 03/2020 | SEC 100.00 | | 445.57 2,957.68 | 16,485.91 16,375.29 | 16,485.91 16,485.91 | 2,389.16 0.00 | 14,096.75 0.00 |
| 001A | 346438 | RUSHMORE LOAN MANAGEMENT SERV ADDED PER CONSENT ORD 10/9/19 | FIX 03/2020 | SEC 100.00 | | 264.21 1,386.20 | 9,775.48 9,775.48 | 9,775.48 9,775.48 | 991.69 0.00 | 8,783.79 0.00 |
| 002 | 285784 | TOWER FEDERAL CREDIT UNION UNSECURED PORTION | PRO | UNS 100.00 | | 0.00 0.00 | 7,927.55 7,927.55 | 7,927.55 7,927.55 | 0.00 0.00 | 7,927.55 0.00 |
| 002 | 285784 | TOWER FEDERAL CREDIT UNION APP | FIX 03/2020 | SEC 100.00 | 01/09/2020 3.5000 | 907.09 1,814.18 | 40,575.00 40,575.00 | 40,575.00 40,575.00 | 2,396.79 324.48 | 38,178.21 334.05 |
| 003 | 349636 | AMERICAN EXPRESS BANK, FSB | PRO | UNS 100.00 | | 0.00 0.00 | 10,451.00 10,451.00 | 10,451.00 10,451.00 | 0.00 0.00 | 10,451.00 0.00 |
| 004 | 346584 | EXPRESS LANES | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 13.80 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 005 | 346584 | EXPRESS LANES | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 26.30 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 006 | 350601 | FDOT TOLLS | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 49.27 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 007 | 347197 | GREEN PEST SERVICES | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 105.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 008 | 284372 | IC SYSTEM | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 443.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 009 | 336187 | INOVA | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 45.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 010 | 267278 | NCC | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 101.30 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 011 | 346038 | NOVANT HEALTH UVA HEALTH SYSTEM | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 64.43 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 012 | PORT | PORTFOLIO RECOVERY ASSOCIATES BEST BUY | PRO | UNS 100.00 | | 0.00 0.00 | 3,026.94 3,027.00 | 3,026.94 3,026.94 | 0.00 0.00 | 3,026.94 0.00 |
| 013 | 332313 | UNITED CONSUMERS INC | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 378.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 014 | 290440 | USAA FEDERAL SAVINGS BANK | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 4,891.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 015 | 290440 | USAA FEDERAL SAVINGS BANK | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 4,341.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 016 | 290440 | USAA FEDERAL SAVINGS BANK | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 3,748.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 017 | 349876 | VERIZON BY AMERICAN INFOSOURCE | PRO | UNS 100.00 | | 0.00 0.00 | 117.59 141.00 | 117.59 117.59 | 0.00 0.00 | 117.59 0.00 |
| 018 | 349876 | VERIZON BY AMERICAN INFOSOURCE UNLISTED | PRO-A | UNS 100.00 | | 0.00 0.00 | 139.26 0.00 | 139.26 139.26 | 0.00 0.00 | 139.26 0.00 |
| 019 | 292544 | COUNTY OF PRINCE WILLIAM | PRO | PRI 100.00 | | 0.00 0.00 | 0.00 1,305.12 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.

Case Power® 12.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 06/19/2020

CASE NO: 19-11644-BFK
STATUS: ACTIVE

DEBTOR: XXX-XX-7345

SEO, SE HOON                                        SCHEDULE:    1,915.00 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | MORGAN | JOHN C. MORGAN, JR., ESQUIRE | PRO 03/2020 | ATY 100.00 | | 0.00 0.00 | 5,296.00 5,296.00 | 3,073.00 3,073.00 | 3,073.00 0.00 | 0.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 511.88 | 511.88 | |
| | | | | | TOTALS: | 1,616.87 6,158.06 | 93,794.73 109,079.54 | 92,083.61 92,083.61 | 9,362.52 324.48 | 82,721.09 334.05 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 5,296.00 | 1,305.12 | 66,725.77 | 35,752.65 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 3,073.00 | 0.00 | 66,836.39 | 21,662.34 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 3,073.00 | 0.00 | 5,777.64 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 0.00 | 61,058.75 | 21,662.34 | 0.00 | DUE CREDITORS: | 83,055.14 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 334.05 | 0.00 | 0.00 | EXPECTED ADMIN: | 9,227.24 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 10.00 |
| BALANCE DUE: | 0.00 | 0.00 | 0.00 | 61,392.80 | 21,662.34 | 0.00 | APPROX BALANCE: | 92,272.38 |

\*\* Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court
by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                Case Power® 12.5